UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NADINE E. LIMA,<br>          *Plaintiff*<br><br>v.<br><br>CITY OF EAST PROVIDENCE, by and through its Finance Director, Malcolm Moore and CITY OF EAST PROVIDENCE SCHOOL DEPARTMENT, by and through its Superintendent, individually and in her official capacity, KIM MERCER.<br>          *Defendants* | C.A. No. 14-513-ML-PAS |

## DISMISSAL STIPULATION

This matter is dismissed pursuant to the terms of the Settlement Agreement signed by the parties, with prejudice, without costs and interest.

| Defendants, | Plaintiff, |
|---|---|
| By their attorneys, | By her attorney, |
| | |
| */s/Marc DeSisto*_____ | */s/Sonja L. Deyoe*_____ |
| Marc DeSisto, Esq. (#2757) | Sonja L. Deyoe, Esq. (#6301) |
| DESISTO LAW | Attorney At Law |
| 211 Angell Street | 395 Smith Street |
| Providence, RI 02906 | Providence, RI 02908 |
| 401-272-4442 | 401-864-5877 |
| 401-272-9937 – fax | 401-354-7464 – fax |
| marc@desistolaw.com | sld@the-straight-shooter.com |

Dated: November 5, 2015